UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**FILED**

2018 OCT 24  PM 2:42

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

In Re:

Brenda Coleman Gillis (Debtor)

Case Number 18-33270-KLP

Chapter 13

Adversary Proceeding Number: 18-03101-KLP

Judge: Keith L. Phillips

Brenda Coleman Gillis (Plaintiff-*ProSe*)

V.

Wells Fargo Home Mortgage, dba America's Servicing

Company, a division of Wells Fargo Bank, NA et al

(Defendants)

*BCS*

**MOTION** ~~REQUEST~~ *BCS* FOR EXTENSION OF TIME TO FILE:

MODIFIED LBR 3015-2 FORM (due 11/06/2018)

*BCS*

Now comes, Brenda Coleman Gillis to request this Court to

extend time to file the modified LBR 3015-2 (Chapter 13 Plan) and the Appellant Designation

(Notice of Appeal and Statement of Election)

**Reason being:**

My Father, Henry E. Coleman passed away last night at 6:48 pm. I am requesting to extend (without penalty) the due dates. That requested extension would allow me to fully concentrate on handling my Father's preparations, last wishes, and finances. Furthermore, my Father's final home and final resting place is not here in Richmond. Therefore, I will be out of town, starting tomorrow, October 25, 2018.

I write today, at the mercy of this Court, to push all deadlines to November 13, 2018 OR AFTER.

This will be sufficient time to finalize everything - and then re-focus on the two pending cases.

Thank you in advance, *Brenda Coleman Gillis*

10/24/2018

B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)　　　　　　　　EDVA (12/16)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: **Brenda Coleman Gillis**　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
*[Set forth here all names including married, maiden, and* )　　Case No. **18-33270**
*trade names used by debtor within last 8 years.]*　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)　　Chapter **13**
　　　　　　　　Debtor　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
Address **8212 Heather Ridge Ct**　　　　　　　　)
**Richmond, VA 23231**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any): **6652**　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　　)
Employer's Tax Identification (EIN) No(s).(if any):　　　 )
　　　　　　　　　　　　　　　　　　　　　　　　)

### NOTICE OF MOTION (OR OBJECTION)

**Brenda Coleman Gillis** has filed papers with the court to **Pro Se Motion to extend time to file Modified LBR 3015-2 Form**.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

　　If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before _____, you or your attorney must:

　　☐　File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

　　　　　　　　Clerk of Court
　　　　　　　　United States Bankruptcy Court

_____
_____

2

You must also send a copy to:

☐   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐   Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ ___a.m. at United States Bankruptcy Court, _____
_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __10/24/2018__

Signature, name, address and telephone number of person giving notice:
_Brenda Coleman Gulley_
_8212 Heather Ridge Ct_
_Richmond, VA 23231_

Virginia State Bar No. _____
Counsel for _____

### Certificate of Service

I hereby certify that I have this __24__ day of __October__, 20__18__, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

_Brenda Coleman Gulley_